**Motion GRANTED and Order filed January 4, 2021.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-20-00874-CR**
**NO. 14-20-00875-CR**

———————

**IN RE THE STATE OF TEXAS EX REL. KIM OGG, HARRIS COUNTY DISTRICT ATTORNEY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**WRIT OF PROHIBITION**
**County Criminal Court at Law No. 7**
**Harris County, Texas**
**Trial Court Cause No. 2269615**

---

## ORDER

On December 31, 2020, relator the State of Texas Ex Rel, Kim Ogg, Harris County District Attorney, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Andrew Wright, Judge of County Criminal Court at Law No. 7, in Harris County, Texas, to set aside his December 9, 2020 order

setting the underlying case for a nonjury trial entered in trial court number 2269615, styled *The State of Texas v. Lisa Murcia*. Relator has also filed a petition for writ of prohibition, in which relator seeks to prevent Judge Wright from conducting a nonjury trial in the underlying case.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On December 31, 2020, relator asked this court to stay proceedings in the trial court pending a decision on the petitions for writ of mandamus and prohibition.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2269615, *The State of Texas v. Lisa Murcia,* **STAYED** until a final decision by this court on relator's petitions for writ of mandamus and prohibition, or until further order of this court.

In addition, the court requests real party in interest Lisa Murcia to file a response to the petition for writ of mandamus on or before January 25, 2021**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.